AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

FRENCH QUARTER, INC.,
a Nevada corporation,

      Plaintiff,

V.

TEXAS RICHMOND CORP.,
a Texas corporation,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-00681-BES-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Notice of Intention to Dismiss pursuant to FRCP 4(m), docket number 7.

  February 14, 2008                                  **LANCE S. WILSON**
                                                                 Clerk

                                                                  /s/ Katie Lynn Ogden
                                                                      Deputy Clerk